# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Larios, Adrian | Docket No. | 0980 4:19CR06018-008 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Adrian Larios, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Richland, Washington, on the 16th day of October 2019, under the following conditions:

**Special Condition #6:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Mr. Larios is considered to be in violation of his conditions of release by having his file closed at Merit Resource Services on or about February 26, 2020, for being in non-compliance of attending treatment services.

Mr. Larios' conditions of pretrial release were reviewed with him on November 1, 2019, at the Benton County Jail. He signed a copy of his conditions of release form acknowledging an understanding of his conditions, specifically special condition number 6, as noted above.

Mr. Larios successfully completed inpatient treatment at American Behavioral Health Services (ABHS) in Spokane, Washington, on December 19, 2019. A referral for outpatient treatment was made to Merit Resource Services (Merit) in Kennewick, Washington, for December 26, 2019, to being intensive outpatient treatment.

According to Merit, Mr. Larios was present for his intake appointment on December 26, 2019. This appointment was rescheduled until January 7, 2020, due to Merit being short staffed at this time. Mr. Larios was present for his intake appointment on January 7, 2020, but the intake was not completed as Merit had not received the complete discharge summary from ABHS. Another intake appointment was scheduled for January 13, 2020. This appointment was missed, and Merit had not been in contact with Mr. Larios again until February 13, 2020, when he contacted Merit and apologized for missing his appointments. Another intake appointment was scheduled for February 19, 2020. Mr. Larios failed to attend this appointment and had not been in contact with Merit. A non-compliance letter was sent to him on February 19, 2020, advising if he was not in contact with Merit within 5 days his file would be closed. On February 26, 2020, Merit closed his file due to his failure to attend his appointments.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS

Re: Larios, Adrian
March 3, 2020
Page 2

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  March 3, 2020 |
| by | s/Daniel M. Manning |
|  | Daniel M. Manning<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

3/3/2020

Date