✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 22, 2020**

SEAN F. McAVOY, CLERK

U.S.A. vs.         Larios, Adrian         Docket No.    0980 4:19CR06018-008

**Petition for No Action on Conditions of Pretrial Release**

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Adrian Larios, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Richland, Washington, on the 16th day of October 2020, under the following conditions:

**Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Mr. Larios is considered to be in violation of his conditions of pretrial release by using marijuana on or about September 5, 2020.

Mr. Larios' conditions of pretrial release were reviewed with him on November 1, 2019. He signed a copy of his conditions of release form, acknowledging an understanding of them, specifically condition number 9, as noted above.

On September 10, 2020, Mr. Larios reported to Merit Resource Services (Merit) to provide a urinalysis test. Merit reported to the undersigned officer the results of this test were presumptive positive for marijuana and would be sent to the national laboratory for confirmation.

Mr. Larios contacted the undersigned officer on September 11, 2020. He admitted to using marijuana on or about September 5, 2020, while with a group of friends. Results from the national laboratory were received on September 20, 2020, which confirmed the positive result for marijuana.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    September 22, 2020 |
| by | s/Daniel M. Manning |
|  | Daniel M. Manning<br>U.S. Pretrial Services Officer |

PS-8
Re: Larios, Adrian
September 22, 2020
Page 2

THE COURT ORDERS

[X]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_M. K. Dimke_

Signature of Judicial Officer

9/22/2020

Date