PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2020

SEAN F. McAVOY, CLERK

U.S.A. vs.      Larios, Adrian      Docket No.      0980 4:19CR06018-008

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Adrian Larios, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Richland, Washington, on the 16th day of 2019, under the following conditions:

**Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Mr. Larios is considered to be in violation of his conditions of pretrial release by using methamphetamine and fentanyl on or about December 4, 2020.

Mr. Larios's conditions of pretrial release were reviewed with him on November 1, 2019. He signed a copy of his conditions of release form, acknowledging an understanding of them, specifically condition number 9, as noted above.

On December 4, 2020, the undersigned officer was notified by Mr. Larios' State of Washington Department of Corrections (DOC) supervising officer that Mr. Larios was arrested for violating his conditions of their supervision, specifically the use of methamphetamine and fentanyl. DOC advised Mr. Larios would be spending 3 days in jail for their sanction, releasing on December 7, 2020.

Mr. Larios contacted the undersigned officer by telephone on December 8, 2020. During this conversation, he admitted to use of methamphetamine and fentanyl on or about December 4, 2020.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:     December 10, 2020 |
| by | s/Daniel M. Manning |
|  | Daniel M. Manning<br>U.S. Pretrial Services Officer |

PS-8
Re: Larios, Adrian
December 10, 2020
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

12/10/2020
_____
Date