# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 19, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Larios, Adrian | Docket No. | 0980 4:19CR06018-008 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Adrian Larios, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Richland, Washington, on the 16th day of October 2019, under the following conditions:

**Special Condition #7:** Defendant shall refrain from any use of alcohol.

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #2:** Mr. Larios is considered to be in violation of his conditions of pretrial release by using alcohol, on or about January 12 and 13, 2021.

Mr. Larios' conditions of pretrial release were reviewed with him on November 1, 2019. He signed a copy of his conditions of release form, acknowledging an understanding of them, specifically special condition number 7, as noted above.

A voice mail message was received from Mr. Larios on January 18, 2021. Mr. Larios reported that he had messed up again. Mr. Larios reported he and his wife are not doing well and arguing. He claims this led him to using alcohol, which then caused him to relapse.

**Violation #3:** Mr. Larios is considered to be in violation of his conditions of pretrial release by using methamphetamine and fentanyl on or about January 12 and 13, 2021.

Mr. Larios' conditions of pretrial release were reviewed with him on November 1, 2019. He signed a copy of his conditions of release form, acknowledging an understanding of them, specifically standard condition number 9, as noted above.

On January 15, 2021, the undersigned officer was notified by Mr. Larios' State of Washington Department of Corrections (DOC) supervising officer that Mr. Larios was arrested for violating his conditions of their supervision, specifically the use of methamphetamine and fentanyl. DOC advised Mr. Larios signed a release of information form with them authorizing them to share documents with the undersigned officer. A drug use admission form was provided by email and signed by Mr. Larios on January 15, 2021, in which he admitted to use of methamphetamine and fentanyl on or about January 12 and 13, 2021.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE
VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

PS-8
Re: Larios, Adrian
January 19, 2021
Page 2

                        I declare under the penalty of perjury that the foregoing is true and correct.

                        Executed on:    January 19, 2021

by    s/Daniel M. Manning

                        Daniel M. Manning
                        U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

1/19/2021

Date