PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: October 30, 2024

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2024

SEAN F. McAVOY, CLERK

Name of Offender: Adrian Larios                    Case Number: 0980 4:19CR06018-EFS-8

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇ Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 28, 2022

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 400 Grams or More of Fentanyl, 21 U.S.C.§§ 841(a)(1), (b)(1)(A)(vi) and 846 | |
| Original Sentence: | Prison - 48 months<br>TSR - 4 years | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(January 10, 2024) | Prison- 38 months<br>TSR- 4 years | |
| Asst. U.S. Attorney: | Stephanie VanMarter | Date Supervision Commenced: July 31, 2024 |
| Defense Attorney: | Andrea George | Date Supervision Expires: July 30, 2028 |

## PETITIONING THE COURT

To issue a **warrant**.

On August 1, 2024, the undersigned officer reviewed with Mr. Larios all the conditions of supervision. He verbalized a full understanding of his requirements, signed a copy of his conditions, and was provided a signed copy.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Adrian Larios is considered to be in violation of his term of supervised release by having consumed a controlled substance, methamphetamine, on or about October 18, 2024. |
| | On October 22, 2024, Mr. Larios reported to the probation office and completed a drug test which was presumptive positive for methamphetamine and amphetamine. Mr. Larios admitted to the undersigned officer to having used methamphetamine about 4 days prior, on or about October 18, 2024. |

Prob12C
Re: Larios, Adrian
October 30, 2024
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Adrian Larios is considered to be in violation of his term of supervised release by having consumed a controlled substance, suboxone, without having a valid prescription, on or about October 18, 2024.

On October 22, 2024, Mr. Larios, during an office appointment, admitted to using suboxone. He admitted to not having a valid prescription for this medication. The substance abuse testing instructions were reviewed with Mr. Larios previously on August 1, 2024, in which he was notified any use of prescription medication without having a valid prescription for himself is considered an episode of illegal drug use.

3      **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Adrian Larios is considered to be in violation of his term of supervised release by having consumed a controlled substance, amphetamine and methamphetamine, on or about October 24, 2024.

On October 24, 2024, Mr. Larios reported to the probation office and completed a drug test as required. This drug test was presumptive positive for amphetamine and methamphetamine. Mr. Larios denied any new drug use since his last reported use of methamphetamine on or about October 18, 2024. This drug test was packaged and sent to Abbott Laboratory for confirmation. The drug test report is pending.

4      **Standard Condition # 4:** You must be truthful when responding to the questions by your probation officer.

**Supporting Evidence**: Adrian Larios is considered to be in violation of his term of supervised release by failing to be truthful to the probation officer about securing medical insurance to better allow him to seek treatment services, on or before October 29, 2024.

During an office visit on October 24, 2024, the undersigned officer discussed the importance of Mr. Larios obtaining medical insurance as this would allow for more treatment opportunities. At that time, Mr. Larios claimed he applied online with the help of his mother. During an office visit on October 29, 2024, Mr. Larios reported he received a response that he was denied coverage because his mother attempted to add him to their plan. However, the probation office received information on this same date from family that Mr. Larios did not apply for medical insurance online as he previously reported to the undersigned officer.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

Prob12C

Re: Larios, Adrian
October 30, 2024
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 30, 2024

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

October 31, 2024

Date